UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RICHARD KREMP,                          :  Civil Action No.  09-2847 (GEB)
                                        :
            Plaintiff,                  :
                                        :
            v.                          :  AMENDED SCHEDULING ORDER
                                        :
WACHOVIA CORPORATION, et al.,           :
                                        :
            Defendants.                 :
_____          :

            This matter having come before the Court during a telephone status conference on
January 13, 2010; and the Court having conferred with counsel concerning the timely completion of
discovery; and good cause appearing for the entry of the within Order;

            IT IS on this 19th day of January 2010,

            ORDERED THAT:

            1.  At the Parties' request the time for completion discovery in this matter including all
depositions is extended to April 30, 2010.

            2.  Counsel must confer in a good faith attempt to resolve any discovery or case
management disputes.  Any unresolved discovery or case management disputes must be brought to the
Magistrate Judge's attention immediately by letter to the undersigned and/or conference call with local
counsel.  L. CIV. R. 37.1(a)(1).

            3.  A Settlement Conference will be conducted, by the undersigned, on May 12, 2010
at 10:00 A.M.  Trial counsel and clients with full settlement authority must attend.

            4. If necessary, following the Settlement Conference dates will be set for dispositive
motion practice.  Otherwise a Final Pretrial Conference will be scheduled.

            5.  There will be no extensions of the deadlines set forth in this order, except by leave
of the Court on a showing of good cause.

                              s/ Douglas E. Arpert
                              DOUGLAS E. ARPERT
                               United States Magistrate Judge


**ALL PROPOSED ORDERS SENT TO CHAMBERS SHOULD BE IN WORDPERFECT
FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov.  ANY FILINGS WITH THE
CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**