**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RICHARD KREMP, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 09-2847 (GEB) |
| | : | |
| v. | : | |
| | : | |
| WACHOVIA BANK, N.A., | : | **ORDER** |
| | : | |
| Defendant. | : | |

**BROWN, Chief Judge**

     This matter comes before the Court upon the motion for summary judgment filed by Defendant Wachovia Bank ("Wachovia" or "Defendant") on the age discrimination claim of Plaintiff Richard Kremp.  (Doc. No. 11.)  The Court has reviewed the parties' submissions and decided this motion without oral argument pursuant to Federal Rule of Civil Procedure 78.  For the reasons stated in the accompanying memorandum opinion;

     IT IS THIS 12th day of October, 2010, hereby

     ORDERED that Wachovia's motion for summary judgment is GRANTED; (Doc. No. 11.)

     ORDERED that the Clerk of the Court CLOSE this case.

                               /s/ Garrett E. Brown, Jr.
                               GARRETT E. BROWN, JR., U.S.D.J.